**STATE of Missouri, Respondent,**

v.

**Carl Emery IRELAND, Appellant.**

**No. WD 59724.**

Missouri Court of Appeals,
Western District.

Nov. 6, 2001.

Ellen H. Flottman, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Carl Emery Ireland appeals his conviction for distribution of a controlled sub-

stance in violation of Section 195.211, RSMo 2000.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).